UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Toora Brothers, Inc., a Montana corporation, and PARADEEP KUMAR, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>AMTRUST NORTH AMERICA, INC., a Foreign Corporation, and JOHN DOES 1-15,<br><br>          Choose an item.. | Case No. CV-24-37-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Am Trust's motion to dismiss for failure to state a claim (Doc. 5) is   **GRANTED**. This action is dismissed without prejudice. The Clerk of Courtwill enter Judgment accordingly..

    Dated this 6th day of March, 2025

                                              TYLER P. GILMAN, CLERK


                                  By:   /s/ Kelsey Hanning
                                        Deputy Clerk